In the Matter of ANDREW OPHARDT, Appellant, v JULIO VASQUEZ,
Commissioner, Community Development of City of Roches-
ter, et al., Respondents.

Submitted July 26, 2010; decided October 19, 2010

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.